# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2228. KEYA MARTIN v. FRANKLIN AMERICAN MORTGAGE COMPANY.**

This case began as a dispossessory proceeding in magistrate court. After an adverse ruling, tenant Keya Martin appealed to the superior court. On November 17, 2014, the superior court entered an order dismissing the appeal. On December 9, 2014, Martin filed a notice of direct appeal to this Court. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation and citation omitted); see also OCGA § 5-6-35 (a) (1). Because Martin did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, this appeal is untimely. Although a notice of appeal generally may be filed within thirty days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Martin, however, filed the notice of appeal in this case 22 days after the superior court's order was entered.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____08/12/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*